UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
:
:
IN RE SEPTEMBER 11 LITIGATION   :   Civil Action No. 21 MC 97(AKH)
:
:   This Document Relates to:
:   03 CV 6811
:   <u>Elizabeth Gail Hayden o/b/o James</u>
:   <u>Hayden</u>
:
------------------------------------x

## <u>NOTICE ADOPTING MASSACHUSETTS PORT AUTHORITY'S MASTER ANSWER TO PLAINTIFFS' FOURTH AMENDED FLIGHT 175 MASTER LIABILITY COMPLAINT</u>

**PLEASE TAKE NOTICE THAT** defendant Massachusetts Port Authority ("Massport") hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 175 Master Liability Complaint as its Answer in the above-captioned action.

WHEREFORE, Massport hereby requests that judgment be entered dismissing the claims alleged in the above-captioned action with prejudice and awarding Massport its costs and fees, including reasonable attorneys' fees, and such other and further relief as the Court deems just and proper.

Dated: New York, New York
       November 13, 2007

Respectfully submitted,

O'MELVENY & MYERS LLP

By: /s/ W. Mark Wood /ky
W. Mark Wood (admitted *pro hac vice*)
Times Square Tower
7 Times Square
New York, NY 10036
(212) 326-2000

        Christopher D. Moore (admitted *pro hac vice*)
        GOODWIN PROCTER LLP
        Exchange Place
        53 State Street
        Boston, Massachusetts 02109-2881
        (617) 570-1000
        *Attorneys for Massachusetts Port Authority*

TO:  Paul J. Hanly, Jr.
      Jayne Conroy
      HANLY & CONROY LLP
      112 Madison Avenue
      New York, NY 10016-7416
      (212) 784-6400
      *Counsel for Plaintiff Elizabeth Gail Hayden*

      Michael Elsner
      Ronald L. Motley
      Jodi Westbrook Flowers
      Mary Schiavo
      Jeff Thompson
      MOTLEY RICE LLC
      28 Bridgeside Boulevard
      Post Office Box 1792
      Mount Pleasant, SC 29465
      (843) 216-9000
      *Counsel for Plaintiff Elizabeth Gail Hayden*

      Donald A. Migliori, Esq.
      MOTLEY RICE LLC
      Post Office Box 6067
      Providence, Rhode Island 02940
      (401) 457-7700
      *Counsel for Plaintiff Elizabeth Gail Hayden and*
      *PI/WD Plaintiffs' Liaison Counsel*

      Marc S. Moller
      KREINDLER & KREINDLER
      100 Park Avenue
      New York, New York 10017
      (212) 687-8181
      *PI/WD Plaintiffs' Liaison Counsel*

      Robert A. Clifford, Esq.
      CLIFFORD LAW OFFICES
      120 North LaSalle Street
      Chicago, Illinois 60602
      (312) 899-9090
      *PD/BL Plaintiffs' Liaison Counsel*

Desmond T. Barry, Jr., Esq.
CONDON & FORSYTH LLP
Times Square Tower
7 Times Square
New York, New York 10036
(212) 894-6770
*Aviation Defendants' Liaison Counsel*

Richard Williamson, Esq.
FLEMMING ZULACK WILLIAMSON ZAUDERER, LLP
One Liberty Plaza, 35th Floor
New York, New York 10006-1404
(212) 412-9500
*Ground Defendants' Liaison Counsel*

Beth D. Jacob, Esq.
SCHIFF HARDIN LLP
900 Third Avenue
New York, New York 10022
(212) 753-5000
*7 World Trade Center Ground Defendants' Liaison Counsel*

All Defense Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
:
:
IN RE SEPTEMBER 11 LITIGATION   : Civil Action No. 21 MC 97(AKH)
:
: This Document Relates to:
: 03 CV 6811
: <u>Elizabeth Gail Hayden o/b/o James</u>
: <u>Hayden</u>
:
:
------------------------------------x

## **<u>CERTIFICATE OF SERVICE</u>**

    I, Luke Sosnicki, hereby certify that on November 13, 2007, I caused a true and correct copy of the NOTICE ADOPTING MASSACHUSETTS PORT AUTHORITY'S MASTER ANSWER TO PLAINTIFFS' FOURTH AMENDED FLIGHT 175 MASTER LIABILITY COMPLAINT to be served on the parties identified in the attached Service List.

                                                                                                                                                           Luke Sosnicki

SERVICE LIST

<u>VIA U.S. MAIL AND ELECTRONIC MAIL</u>

Paul J. Hanly, Jr.
Jayne Conroy
HANLY & CONROY LLP
112 Madison Avenue
New York, NY 10016-7416
(212) 784-6400
*Counsel for Plaintiff Elizabeth Gail Hayden*

Michael Elsner
Ronald L. Motley
Jodi Westbrook Flowers
Mary Schiavo
Jeff Thompson
MOTLEY RICE LLC
28 Bridgeside Boulevard
Post Office Box 1792
Mount Pleasant, SC 29465
(843) 216-9000
*Counsel for Plaintiff Elizabeth Gail Hayden*

Donald A. Migliori, Esq.
MOTLEY RICE LLC
Post Office Box 6067
Providence, Rhode Island 02940
(401) 457-7700
*Counsel for Plaintiff Elizabeth Gail Hayden and
PI/WD Plaintiffs' Liaison Counsel*