UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:       21 MC 97 (AKH)
IN RE: SEPTEMBER 11 LITIGATION       :
:       This Document Relates To:
:       03-CV-6811 (AKH)
:       Plaintiff: Elizabeth Gail Hayden
-------------------------------------------------------------x

## NOTICE ADOPTING MASTER ANSWER OF
## DEFENDANT ICTS INTERNATIONAL, N.V

PLEASE TAKE NOTICE THAT defendant ICTS International, N.V. ("ICTS") hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 175 Master Complaint Against the Airlines and Security Companies (a copy of which is attached) as its Answer to the Complaint in the above-referenced matter. ICTS hereby denies all allegations not specifically and expressly admitted in its Amended Master Answer.

WHEREFORE, ICTS respectfully requests that the Complaint be dismissed, with costs, attorneys' fees, disbursements, and such other relief as to the Court seems just and proper or, if such relief not be granted, then that ICTS' liability be limited or reduced as requested.

Dated:       New York, New York
             November 13, 2007

                                McLaughlin & Stern, LLP

                                By_____
                                   (Jon Paul Robbins #8517)
                                Attorneys for Defendant
                                ICTS International, N.V.
                                260 Madison Avenue
                                New York, New York 10016
                                (212) 448-1100

To:

Motley Rice
Plaintiff's counsel
28 Bridgeside Blvd., Mt. Pleasant, S.C. 29465

PI/WD Plaintiffs' Liaison Counsel
PD/BL Plaintiffs' Liaison Counsel
Aviation Defendants' Liaison Counsel
Ground Defendants' Liaison Counsel
7 WTC Ground Defendants' Liaison Counsel
United States Attorneys Office
All Aviation Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:       21 MC 97 (AKH)
IN RE: SEPTEMBER 11 LITIGATION    :
:       This Document Relates To:
:       03-CV-6811 (AKH)
:       Plaintiff: Elizabeth Gail Hayden
:
-----------------------------------------------------------x

CERTIFICATE OF SERVICE

      Jon Paul Robbins hereby declares under penalty of perjury that on November 13, 2007 I served the within Notice of Adoption of Answer of Defendant ICTS International, N.V. to the fourth amended Master Flight 175 complaint on the following counsel by e-mailing a copy of said document in accordance with the Court's March 10, 2005 Order:

Motley Rice–counsel for plaintiff
Marc S. Moller, Esq. and Brian J. Alexander, Esq.– Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
Donald A. Migliori, Esq.– Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
Robert A. Clifford, Esq. and Timothy S. Tomasik, Esq. - Property Damage and Business Loss Plaintiffs' Liaison Counsel
Desmond T. Barry, Esq. - Aviation Defendants' Liaison Counsel

Richard A. Williamson, Esq. and M. Bradford Stein, Esq.- Ground Defendants' Liaison Counsel

Beth Jacob, Esq. - 7 WTC Ground Defendants' Liaison Counsel

Beth Goldman, Esq. - United States Attorneys' Office and

All Aviation Defendants

Dated: November 13, 2007

                                                                                     _____
                                                                                      Jon Paul Robbins