```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                        Civ. Action No. 21 MC 97 (AKH)

IN RE SEPTEMBER 11TH LITIGATION         This Document Relates to:

                                        03 CV 6811
                                        Hayden v. UAL Corp., et. al.
-----------------------------------x
```

## NOTICE OF ADOPTION

**PLEASE TAKE NOTICE THAT** Defendant **GLOBE AVIATION SERVICES CORPORATION** s/h/a **GLOBE AVIATION SERVICES** hereby adopts its Master Answer to Plaintiffs' Fourth Amended Flight 175 Master Liability Complaint as their Answer to the Complaint in the above-captioned action.

Dated:   New York, New York
         November 13, 2007

                              JONES HIRSCH CONNORS & BULL P.C.

                        By:   _____
                              James P. Connors, Esq. (C-5421)
                              Attorneys for Defendant **GLOBE AVIATION SERVICES CORPORATION**
                              1 Battery Park Plaza
                              New York, New York 10004
                              (212) 527-1000

                                      and

                              LOCKE LORD BISSELL & LIDDELL LLP
                              Gary Westerberg, Esq.
                              111 South Wacker Drive
                              Chicago, IL 60606-4410
                              (312) 443-0700

591818.1

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

**PEARLENE MARTELL**, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On the 13th day of November 2007, deponent served the within **NOTICE OF ADOPTION** upon:

1. Ronald L. Motley, Esq. - Counsel for Plaintiff;
2. Marc S. Moller, Esq. and Brian J. Alexander, Esq. - Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel;
3. Donald A. Migliori, Esq. - Wrongful Death and Personal Injury Plaintiffs' Liaison Counsel
4. Robert A. Clifford, Esq. and Timothy S. Tomasik, Esq. - Property Damage and Business Loss Plaintiffs' Liaison Counsel;
5. Richard Williamson, Esq. and M. Bradford Stein, Esq. - Ground Defendants' Liaison Counsel;
6. Beth Jacob, Esq. - WTC 7 Ground Defendants' Liaison Counsel;
7. Desmond T. Barry, Jr., Esq., Aviation Defendants Liaison Counsel
8. Beth Goldman, Esq. - U.S. Attorneys' Office; and
9. All Aviation Defendants

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

_____
PEARLENE MARTELL

Sworn to before me this
13th day of November, 2007

_____
Notary Public

DEBORAH McINTOSH-GEORGE
Notary Public, State of New York
No. 01MC6750430
Qualified in Kings County
Commission Expires 5-20-2010

591824.1                                -2-