UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:   21 MC 97 (AKH)
:
IN RE SEPTEMBER 11 LITIGATION   :   This Document Relates to:
:   03-CV-06811
:   <u>Hayden, et al., v. UAL Corporation, et
:   al.</u>
------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      Eloisa Ball, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Los Angeles, CA, and that on the 13th day of November 2007, deponent served the within **NOTICE ADOPTING ANSWER OF HUNTLEIGH USA, INC. TO PLAINTIFFS' FOURTH AMENDED FLIGHT 175 MASTER LIABILITY COMPLAINT** upon the parties listed below:

| | |
|---|---|
| All Liaison Counsel<br>    Via E-mail | dbarry@condonlaw.com; mmoller@kreindler.com;<br>balexander@kreindler.com; dmigliori@motleyrice.com;<br>rac@cliffordlaw.com; tst@cliffordlaw.com;<br>rwilliamson@fzwz.com; bstein@fzwz.com;<br>bjacob@schiffhardin.com; beth.goldman@usdoj.gov;<br>sarah.normand@usdoj.gov; jeannette.vargas@usdoj.gov |
| All Individual PI/WD Plaintiffs' Counsel<br>    Via E-mail | mschiavo@motleyrice.com; rjt@tolchinlaw.com;<br>dmigliori@motleyrice.com; kfm@mccalliomlaw.com;<br>FFleming@kreindler.com; kpn@ny.speiserkrause.com;<br>jazrael@agflaw.com; mmoller@kreindler.com;<br>JGreen@kreindler.com; Susum47@hotmail.com;<br>BAlexander@kreindler.com; dellandlittle@juno.com;<br>kfranz@agflaw.com |

805495v1/005989

by emailing a copy of the papers to the attorneys in accordance with the Court's March 10, 2005 Order.

                                                                    Eloisa Ball

Sworn to before me this
13th day of November, 2007

_____
Notary Public

HELEN DANIELSON
Commission # 1453127
Notary Public - California
Los Angeles County
My Comm. Expires Nov 24, 2007